IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 4:19CR20 |
| | ) | |
| SAILOR JONES, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The above cause having been scheduled for a motions hearing on the 19th day of March 2019, and the parties having reached a plea agreement in this matter, it is hereby ORDERED that the following pretrial motions are DISMISSED as MOOT: Doc 15 and Doc 19. A hearing in this case is deemed unnecessary.

SO ORDERED this 18th day of March, 2019.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA