IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-20 |
| SAILOR JONES, | |
| Defendant. | |

**O R D E R**

This matter comes before the Court on the Government's Motion to adjust the Defendant's restitution balance to reflect the victim's recovery through the United States Secret Service's Petition for Remission process. (Doc. 46.) After careful consideration of said motion and the balance of the record, the Court **GRANTS** the Government's Motion.

THEREFORE, IT IS HEREBY ORDERED, that the Clerk of Court shall adjust the balance of the Defendant's outstanding order of restitution to reflect the $385,075.84 that the Victim received through her Petition for Remission. Additionally, the Clerk of Court shall coordinate as needed with the United States Attorney's Office, Southern District of Georgia, Financial Litigation Unit, to adjust the Defendant's balance in the manner directed in this Order.

**SO ORDERED**, this 22nd day of October, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA