IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-20 |
| SAILOR JONES, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant Sailor Jones' Motion to Forgive Fine. (Doc. 48.) For the reasons stated by the Government in response to Defendant's Motion, (doc. 51), the Court finds that forgiveness or reduction of the monetary penalty in this case is not warranted. Therefore, the Court **DENIES** Defendant's Motion. The Court is not unsympathetic to the Defendant's financial troubles. However, a reduction of the monetary penalty in this case would be unjust and would contradict the statutory purposes of sentencing.

**SO ORDERED**, this 23rd day of February, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA